IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFREY DEWAYNE NOIEL                                                    PETITIONER

vs.                        Civil No. 06-4031

JACK JONES, Parole Officer;
A.L. LLCKHART, and MARTY NODURTH                                         RESPONDENTS

## O R D E R

Petitioner, a prisoner at the Institutional Division of the Texas Department of Justice, William P. Clements, Jr. Unit, Amarillo, Texas, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254 for filing in this district. The district clerk is hereby directed to file the petition. The matter of petitioner's status as a pauper will be determined at a later date.

The petitioner has failed to supply an application to proceed *in forma pauperis*. Accordingly, the district clerk is directed to mail to petitioner an application, along with a copy of this order, and petitioner is given thirty (30) days in which to have an authorized officer at the institution complete the certificate and return the application for review. **IF PETITIONER FAILS TO COMPLY WITH THIS ORDER WITHIN THE REQUIRED PERIOD OF TIME, HIS CASE AGAINST THE RESPONDENTS WILL BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR OBEY A COURT ORDER.**

IT IS SO ORDERED this 17th day of April 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 20 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_____
HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)