IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFREY DEWAYNE NOIEL                                                                   PLAINTIFF

v.                            Civil No. 06-4031

JACK JONES, et al                                                                DEFENDANTS

**O R D E R**

By Order entered April 20, 2006 (Doc. #2), plaintiff was directed to complete and return an *in forma pauperis* (IFP) application. The court has received the completed application (Doc. #4). Plaintiff's motion to proceed IFP is granted.

IT IS SO ORDERED this 17th day of May 2006.

                                                         */s/ Bobby E. Shepherd*
                                                         HON. BOBBY E. SHEPHERD
                                                         UNITED STATES MAGISTRATE JUDGE